UNITED STATES MARSHALS SERVICE
Western District of Virginia
Date of Receipt: Jul 24, 2024
Time of Receipt: 14:01
Received By: Jim Satterwhite ASDUSM

Case 1:24-cr-00022-RSB-PMS    Document 10    Filed 10/27/25    Page 1 of 1
Pageid#: 71
1169790
2484-0724-2318-J

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

**CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED**

October 27, 2025

LAURA A. AUSTIN, CLERK
BY: **/s/ Robin Bordwine**
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br>**BRYCE CLEVELAND**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:24CR22 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Bryce Cleveland__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 - 12 - Mail Fraud
Counts 13 - 21 - Wire Fraud
Counts 22 - 33 - Misbranding a Drug (Felony)
Count 34 - Introduction of a New Drug into Interstate Commerce (Felony)

Date: __07/24/2024__

*Issuing officer's signature* — Felicia Clark

City and state: __Abingdon, Virginia__

for Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __07/24/2024__, and the person was arrested on *(date)* __10/25/2025__
at *(city and state)* __S / FL Ft. Lauderdale Div.__

Date: __10/27/2025__

*Arresting officer's signature* — Jim Satterwhite, ASDUSM

\* Arrested by USMS at Airport

__Jim Satterwhite, USMS for FDA__
*Printed name and title*