## Hall, Corey (USAVAW)

| | |
|---|---|
| **From:** | Barbosa, Nicholas (USMS) |
| **Sent:** | Wednesday, October 29, 2025 9:48 PM |
| **To:** | Hall, Corey (USAVAW) |
| **Cc:** | Justice, Troy (USMS) |
| **Subject:** | CLEVELAND, BRYCE - Travel history. |

Good evening, Corey. I don't have Germaine's email can you please forward this to him. This took me the better part of the day to get together.

CLEVELANDS travel history all the way back to 2007:

| Name | DOB | Document | Site (Lane) | Dir | Conveyance | Encounter Date | Status |
|---|---|---|---|---|---|---|---|
| CLEVELAND, Bryce | ▉1983 | --- | --- | Outbound | VES 9236389 (MIA > YNN) | 09/23/2007 | PAX |
| CLEVELAND, Bryce | ▉1983 | --- | --- | Outbound | VES 9236389 (UNK > UNK) | 09/26/2007 | PAX |
| CLEVELAND, Bryce | ▉1983 | --- | --- | Inbound | VES 9236389 (7423 > 5190) | 09/26/2007 | PAX |
| CLEVELAND, Bryce | ▉1983 | --- | --- | Inbound | VES 9236389 (8146 > 5201) | 09/30/2007 | PAX |
| CLEVELAND, Bryce G | ▉1983 | --- | --- | Outbound | VES 9070058 (5201 > 8210) | 11/03/2008 | PAX |
| CLEVELAND, Bryce G | ▉1983 | --- | --- | Inbound | VES 9070058 (7423 > 5201) | 11/08/2008 | PAX |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | --- | Outbound | AA 193 (LAX > HKG) | 10/25/2017 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | A273 | Inbound | AA 192 (HKG > LAX) | 11/07/2017 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | --- | Outbound | AA 554 (PHX > PVR) | 11/15/2017 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | A263 | Inbound | AA 573 (PVR > PHX) | 11/19/2017 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | --- | Outbound | AA 921 (MIA > CLO) | 03/12/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | A520 | Inbound | AA 920 (CLO > MIA) | 03/14/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | --- | Outbound | AA 1145 (MIA > CTG) | 04/13/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | A520 | Inbound | AA 1144 (CTG > MIA) | 04/18/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | --- | Outbound | AA 532 (PHX > SJD) | 05/16/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | A263 | Inbound | AA 533 (SJD > PHX) | 05/22/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | --- | Outbound | AA 923 (MIA > MDE) | 06/09/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | A534 | Inbound | UA 1033 (PTY > IAH) | 06/18/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | --- | Outbound | AA 1127 (MIA > MDE) | 07/13/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | A520 | Inbound | AA 1128 (MDE > MIA) | 07/22/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | --- | Outbound | AA 515 (PHX > CUN) | 11/28/2018 | OBD |
| CLEVELAND, Bryce Garrett | ▉1983 | ▉ | A263 | Inbound | AA 1279 (CUN > PHX) | 12/02/2018 | OBD |

1

| Name | | | | Direction | Flight | Date | |
|------|---|---|---|-----------|--------|------|---|
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A271 | Outbound | DL 937 (LAX > CUN) | 01/08/2020 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A336 | Inbound | DL 934 (CUN > SLC) | 01/13/2020 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | AA 410 (PHX > PVR) | 02/14/2020 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A263 | Inbound | AA 571 (PVR > PHX) | 02/17/2020 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | AA 512 (PHX > CUN) | 07/16/2020 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A263 | Inbound | AA 515 (CUN > PHX) | 07/24/2020 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | WN 1920 (PHX > SJD) | 05/14/2021 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A263 | Inbound | AA 2841 (SJD > PHX) | 05/18/2021 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | AA 1127 (MIA > MDE) | 09/10/2021 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A520 | Inbound | AA 1141 (MDE > MIA) | 09/20/2021 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A263 | Inbound | AA 186 (CUN > PHX) | 11/22/2021 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | AA 959 (MIA > PTY) | 04/06/2022 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A522 | Inbound | CM 265 (PTY > FLL) | 04/09/2022 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | PR 105 (SFO > MNL) | 05/13/2022 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A286 | Inbound | QR 737 (DOH > SFO) | 07/03/2022 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | AA 1407 (MIA > PTY) | 10/18/2022 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A471 | Inbound | DL 263 (CDG > JFK) | 11/15/2022 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | AA 2173 (MIA > CTG) | 01/04/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A520 | Inbound | AA 1144 (CTG > MIA) | 01/14/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A392 | Outbound | EK 236 (ORD > DXB) | 02/01/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A52G | Inbound | TK 77 (IST > MIA) | 02/28/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | AA 923 (MIA > MDE) | 03/03/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A337 | Inbound | CM 476 (PTY > DEN) | 03/23/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | PR 113 (HNL > MNL) | 04/03/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A174 | Inbound | KE 35 (ICN > ATL) | 05/01/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | AA 923 (MIA > MDE) | 05/19/2023 | OBD |
| CLEVELAND, Bryce | ████ | 1983 | ████████ | A520 | Inbound | AA 1128 (MDE > MIA) | 06/21/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | AA 1127 (MIA > MDE) | 07/06/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A541 | Inbound | CM 404 (PTY > IAD) | 07/22/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | --- | Outbound | CM 403 (IAD > PTY) | 07/23/2023 | OBD |
| CLEVELAND, Bryce Garrett | ████ | 1983 | ████████ | A52L | Inbound | AV 190 (MDE > FLL) | 10/25/2025 | OBD |

Respectfully,
Nicholas Barbosa
Senior Inspector|Assistant Country Attaché

United States Marshals Service
Office of International Operations
Colombia Foreign Field Office
US ███████████
Colombia ████████
Desk: ██████████